# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY ANTHONY YOUNG,<br><br>        Petitioner,<br><br>        v.<br><br>G.D. LEWIS, Warden,<br><br>        Respondent. | Case No. CV 10-2388-GHK (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 10/29/10

                                            GEORGE H. KING
                                   UNITED STATES DISTRICT JUDGE